IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL SCOTT THOMAS, ELECTOR FOR THE STATE OF CALIFORNIA, WHO IS NOMINATED TO VOTE IN THE ELECTORAL COLLEGE AND IS PLEDGED TO VOTE FOR CANDIDATE ALAN KEYES FOR PRESIDENT OF THE UNITED STATES; et al., | MISC. NO. 08-00280 JMS/KSC<br><br>ORDER DISMISSING ACTION |
|       Plaintiffs, | |
| vs. | |
| DELBERT HOSEMANN, | |
|       Defendant, | |
| vs. | |
| STATE OF HAWAII, DEPARTMENT OF HEALTH, OFFICE OF HEALTH STATUS MONITORING | |
|       Third Party. | |

## ORDER DISMISSING ACTION

On December 2, 2008, Plaintiffs filed their "Motion for Order to Show Cause Why the State of Hawaii, Department of Health, Office of Health

Status Monitoring Is Not in Contempt of Court for Disobeying a Validly Issued and Served Subpoena Duces Tecum" ("Motion for OSC").  Plaintiffs issued this Subpoena Duces Tecum to the State of Hawaii, Department of Health, Office of Health Status Monitoring as part of discovery in an action filed in the Southern District of Mississippi, *Thomas et al. v. Hosemann*, Civil No. 08-00241 (the "Underlying Action").  On December 17, 2008, the court in the Underlying Action dismissed the action with prejudice upon Plaintiffs' Motion.  Accordingly, the court DISMISSES this action and orders the Clerk of Court to close the case file.

    IT IS SO ORDERED.

    DATED:  Honolulu, Hawaii, December 17, 2008.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Thomas et al. v. Hosemann v. State of Hawaii, Dep't of Health, Office of Health Status Monitoring*, Misc. No. 08-00280 JMS/KSC, Order Dismissing Action